IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CEDRIC PIERRE DILLARD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-1373 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on July 30, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge